**DENY and Opinion Filed January 7, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00018-CV**

**IN RE DEANNE CLAIRE, Relator**

**Original Proceeding from Dallas County, Texas**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

In this original proceeding, relator asks this Court to direct the chair of the Dallas County Democratic Party to reinstate relator's name on the Democratic primary election ballot as a judicial candidate for the 330th Judicial District.

The Texas election code grants the Court limited jurisdiction to consider a petition for writ of mandamus to "compel the performance of any duty imposed by law in connection with the holding of an election . . . regardless of whether the person responsible for performing the duty is a public officer." TEX. ELEC. CODE § 273.061.

Because we conclude that relator has failed to show her entitlement to the relief requested, we deny the petition for writ of mandamus.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

220018F.P05